

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00484-CR & 04-23-00485-CR

Martrais Louis **STRICKLAND**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018-CR-4367 & 2018-CR-2012
Honorable Kristina Escalona, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgments are AFFIRMED. Counsel's motions to withdraw are GRANTED.

SIGNED June 12, 2024.

Liza A. Rodriguez, Justice